# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARRY S. GLASSER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:21-cv-00525-JCM-NJK<br><br>**ORDER**<br><br>[Docket No. 12] |

Pending before the Court is the parties' stipulation to stay discovery. Docket No. 12. The parties request a stay of all discovery deadlines pending the results of a private mediation conference set for August 16, 2021. *Id.* at 1.

The Court has broad discretionary power to control discovery. *See, e.g.*, *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Additionally, the Court must construe, administer, and employ the Federal Rules of Civil Procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding."

Accordingly, the Court **GRANTS** the parties' stipulation to stay discovery. Docket No. 12. No later than August 18, 2021, the parties must file notice as to whether the case settled at mediation.

IT IS SO ORDERED.

Dated: July 16, 2021

                                                    Nancy J. Koppe<br>
                                                  United States Magistrate Judge