# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARRY S. GLASSER,<br><br>    Plaintiff(s),<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION CASUALTY INSURANCE COMPANY,<br><br>    Defendant(s). | Case No. 2:21-cv-00525-JCM-NJK<br><br>**Order** |

On August 17, 2021, Defendant filed a notice of settlement, indicating that the parties were "working on the settlement documents and once completed, will file a stipulation for dimissal." Docket No. 16 at 2. To date, dismissal papers have not been filed. Accordingly, the Court orders that dismissal papers must be filed by September 30, 2021.

IT IS SO ORDERED.

Dated: September 20, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1